IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| BUBBLES, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SIBU, LLC,<br><br>    Defendant. | Civil Action No. 1:13cv260 AJT/TRJ |

## **PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES**

Plaintiff Bubbles, Inc., by counsel, and pursuant to the Federal Rules of Civil Procedure, moves this Court for an order compelling discovery responses from Defendant SIBU, LLC, for the reasons stated in the contemporaneously filed Brief in Support. The movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action.

**Dated:**          **August 30, 2013**          Respectfully Submitted,

                                                                BUBBLES, INC.
                                                               By counsel

            /s/
Jonathan D. Frieden, Esquire (VSB No. 41452)
Stephen A. Cobb, Esquire (VSB No. 75876)
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
(703) 218-2100
(703) 218-2160 (facsimile)
Jonathan.Frieden@ofplaw.com
Stephen.Cobb@ofplaw.com
*Counsel for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 30, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF), to the following:

Jon A. Schiffrin, Esq.
SCHIFFRIN & LONGO, P.C.
8201 Greensboro Drive, Suite 300
McLean, Virginia 22102
(703) 288-5248
(703) 288-4003 (facsimile)
jon@schiffrinlaw.com
*Counsel for Defendant*

                                                               /s/
Jonathan D. Frieden, Esquire (VSB No. 41452)
Stephen A. Cobb, Esquire (VSB No. 75876)
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
(703) 218-2100
(703) 218-2160 (facsimile)
jonathan.frieden@ofplaw.com
stephen.cobb@ofplaw.com
*Counsel for Plaintiff*

#2171851v1